UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENARD DARNELL NEAL, | 1:11-CV-01361 GSA HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR STAY OF PROCEEDINGS [Doc. #23] |
| v. | |
| UNITED STATES PENITENTIARY, ATWATER, et al., | ORDER GRANTING EXTENSION OF TIME |
| Respondents. | THIRTY DAY DEADLINE |

 Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

 Respondent filed an answer to the petition on December 28, 2011. According to the Court's briefing schedule set forth in the Order dated October 19, 2011, Petitioner was granted thirty days to file a traverse to the answer.

 On January 4, 2012, Petitioner filed a motion to stay proceedings. Petitioner complains that he is being denied access to his legal property, to the law library, and to adequate writing materials. He requests the proceedings be stayed pending resolution of an unspecified criminal action against him. Petitioner fails to demonstrate good cause for a stay of the proceedings. However, in light of the difficulties Petitioner is allegedly experiencing at this time the Court will grant an extension of time to file a traverse.

1  Accordingly, Petitioner's motion for stay of the proceedings is hereby DENIED, and
2 Petitioner is GRANTED an extension of time of thirty (30) days from the date of service of this
3 Order to file a traverse.

5  IT IS SO ORDERED.

6  **Dated:   January 31, 2012**           <u>       /s/ Gary S. Austin       </u>
                                            UNITED STATES MAGISTRATE JUDGE